PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 15 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jacob Zanki                                  Case Number: 2:03CR00127-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 4/15/2004                           Type of Supervision:

Original Offense: Conspiracy to Possess With the               Date Supervision Commenced: 3/30/04
Intent to Distribute Marijuana, 21 U.S.C. § 846

Original Sentence: Prison - 366 Days;                          Date Supervision Expires: 3/31/07
TSR - 36 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

Jacob Zanki, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed two tests per month, as directed by the probation officer, pursuant to 18 U.S.C. § 3583 (d).

## CAUSE

The defendant is currently under the supervision of the U.S. Probation Office for the Central District of California. Pursuant to recent case law, <u>U.S. v Stephens</u>, the above modification of conditions is being requested. Also attached for the Court's review is a letter submitted by Mr. Zanki's probation officer. Mr. Zanki has agreed to the modification of conditions as listed, and has signed the attached waiver of hearing to modify the conditions of supervision.

Respectfully submitted

by _____

Richard B. Law
U.S. Probation Officer
Date: December 14, 2005

Prob 12B
Re: Zanki, Jacob
December 14, 2005
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

12/15/05
_____
Date